UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARIO FLORES<br>*Plaintiff*,<br><br>v.<br><br>WIND TURBINE & ENERGY CABLES<br>CORP AND JEFFREY PELLERIN<br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 5:15-CV-00231-DAE |

### STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Mario Flores and Defendants Wind Turbine and Energy Cables Corp. and Jeffrey Pellerin (collectively "the Parties") file their Stipulation of Dismissal, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and would show the Court as follows:

It is hereby stipulated and agreed by the Parties and their respective counsel that (1) the above-captioned action is voluntarily dismissed **with prejudice** and (2) the Parties have agreed to bear their own costs.

For the Plaintiff:

  /s/  Steven Dummitt
**Steven Dummitt**
State Bar No. 24082936
sdummitt@carlsonattorneys.com
**Jamie Lynn**
State Bar No. 00796973
jlynn@carlsonattorneys.com
THE CARLSON LAW FIRM, P.C.
618 S.W. Military Blvd.
San Antonio, Texas 78221
Telephone: (210) 923-7700
Facsimile:  (210) 680-7119
*Counsel for Plaintiff*

For the Defendants:

   /s/  Robert E. Valdez
**Robert E. Valdez**
State Bar No. 20428100
revaldez@valdeztrevino.com
**Joseph E. Cuellar**
State Bar No. 24082879
jcuellar@valdeztrevino.com
VALDEZ & TREVIÑO, ATTORNEYS AT LAW, P.C.
Plaza Las Campanas
1826 North Loop 1604 West, Suite 275
San Antonio, Texas 78248
Telephone: (210) 598-8686
Facsimile:  (210) 598-8797
*Counsel for Defendants*

{00237499}

CERTIFICATE OF SERVICE

Pursuant to Local Rule CV-5, I hereby certify that on this day of May 16, 2016, a true and correct copy of the foregoing motion was filed via CM/EFC PACER system and served on the following counsel of record:

Steve Dummitt
THE CARLSON LAW FIRM, P.C.
618 S.W. Military Blvd.
San Antonio, Texas 78221

                                                /s/ Robert E. Valdez
                                                **Robert E. Valdez**